ERNST CHARLES SNYDER, APPELLANT, *v.* CHARLES COLLINS, RESPONDENT.

*Costs to abide event — action for assault — effect of recovery therein, of less than fifty dollars.*

In an action for assault and battery plaintiff was nonsuited; on appeal to the General Term a new trial was granted, "costs to abide the event;" on such new trial plaintiff recovered a verdict for ten dollars. *Held,* that the costs included in the judgment entered thereon should not exceed the recovery, viz.: ten dollars.

APPEAL by plaintiff from an order, setting aside the taxation of costs herein, and directing the clerk of Queens county to tax no more costs than the amount of the verdict rendered in said action.

*C. A. S. Van Nostrand,* for the appellant.

*Jas. H. Stanbrough,* for the respondent.

BARNARD, P. J.:

There is no merit in this appeal. The plaintiff brought an action against the defendant for assault and battery and false imprisonment. At the first trial he was nonsuited. Upon appeal to the General Term the nonsuit was set aside and a new trial granted, "costs to abide event." Upon the second trial the plaintiff obtained a verdict for ten dollars. Upon this verdict he taxed the costs of the appeal to the General Term and entered judgment. The Special Term ordered the retaxation of the costs and directs that there shall be no more costs than damages included in the judgment. The order was right. The event upon which the costs of the appeal depended was an event which should entitle the plaintiff to costs by law. That event never happened to him to an extent greater in all than ten dollars.

Order affirmed, with costs and disbursements.

GILBERT and DYKMAN, JJ., concurred.

Ordered accordingly.